IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:09CV-2127 ERW ) |
| HARTFORD LIFE INSURANCE COMPANY, and AUTOMOBILE CLUB OF MISSOURI, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion of Defendant Automobile Club of Missouri for Protective Order. The Court held a hearing on this Motion on October 14, 2010.

Defendant Automobile Club of Missouri seeks an Order prohibiting Plaintiff, her attorney, or anyone else from disseminating to anyone else Defendant Automobile Club of Missouri's Claims Manual. Plaintiff filed a response to the Motion for Protective Order objecting to it.

IT IS HEREBY ORDERED THAT the Motion of Defendant Automobile Club of Missouri for Protective Order is granted. It is Ordered that neither Plaintiff, her attorney, nor any of Plaintiff's Expert Witnesses will disclose or disseminate the Claims Manual of the Automobile Club of Missouri to anyone else. Plaintiff and her attorney may share copies of the claims manual with their expert witnesses. This order does not apply to the training documents and books supplied by Defendant Automobile Club of Missouri to Plaintiff.

Dated this **29th** day of October, 2010.

_____
E. Richard Webber, United States District Judge

Webber