UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CHRISTINE ANDERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV02127 ERW |
| | ) | |
| HARTFORD LIFE INSURANCE COMPANY, and AUTOMOBILE CLUB OF MISSOURI, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion to Compel [doc. #56]. Plaintiff filed the pending Motion, arguing that Defendant Automobile Club of Missouri ("Defendant") has withheld as privileged most of the claim file that this Court ordered Defendant to produce. The Court held a hearing on October 14, 2010, wherein the Parties presented arguments on the pending Motion. At the conclusion of the hearing, the Court requested that Defendant submit the documents at issue for an *in camera* review. Defendant complied with the Court's request, and the Court has now completed its review of the relevant documents.

The Court finds that the entirety of the electronic claim file activity notes is privileged, with the exception of the 8/15/2007 9:12:34 AM entry by Linda Hagen, and the 8/15/2007 1:20:06 PM entry by Jim Barringer. These two entries shall be disclosed to Plaintiff, but the remainder of the activity notes is properly withheld. The Court also finds that the information contained in the claims transaction sheet, the units and roles sheet, and the claims summary is all privileged and need not be disclosed to Plaintiff. Finally, the Court finds that the letter of

September 20, 2007 is privileged and is properly withheld. The Court will destroy the documents submitted for *in camera* review on November 12, 2010, unless Defendant notifies the Court before that date of its intent to retrieve the documents.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel [doc. #56] is **GRANTED**, in part, and **DENIED**, in part, as set forth above.

Dated this 2nd Day of November, 2010.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE